# Court of Appeals
# of the State of Georgia

ATLANTA,   April 18, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1420. GOIA v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.**

This case originated as a dispossessory proceeding in magistrate court. After an adverse ruling, Daniel Goia appealed the magistrate court's decision to the superior court. The superior court subsequently issued a writ of possession in favor of the appellee. Goia has now appealed the superior court's order directly to this Court, and the appellee has moved to dismiss.

We lack jurisdiction. Because the order at issue disposes of a de novo appeal from a magistrate court decision, Goia was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). His failure to do so deprives us of jurisdiction over this appeal. Accordingly, the appellee's motion is hereby GRANTED, and this case is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/18/2013

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*